IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **GERALD SPENCE,** | No. 2:05-cv-0690 GEB KJM P |
| Plaintiff, | **ORDER** |
| v. | |
| **DIRECTOR OF CORRECTIONS, et al.,** | |
| Defendants. | |

On April 17, 2006, Defendants requested an extension of time to file a responsive pleading in this action.

Good cause appearing, Defendants' request for extension of time until June 1, 2006, to file a responsive pleading is granted.

Dated:  April 19, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

Order

1