IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GERALD SPENCE,

    Plaintiff,                    No. CIV S-05-0690 GEB KJM P

    vs.

DIRECTOR OF CORRECTIONS, et al.,

    Defendants.               ORDER

_____/

        Plaintiff, a former state prison inmate proceeding pro se with a civil rights action, has filed a request for an indefinite stay of the due date for his opposition to defendants' motion to dismiss, filed June 1, 2006. Defendants have opposed such a stay, but not an extension of time.

        While the court does not find an indefinite stay appropriate, it will grant plaintiff additional time in which to file his opposition.

        IT IS HEREBY ORDERED:

        1. Plaintiff's July 18, 2006 request for a stay of proceedings is denied; and

        2. Plaintiff is granted thirty days from the date of this order in which to file his opposition to defendants' motion to dismiss.

DATED: August 2, 2006.

2/spen0690.eot

_____
UNITED STATES MAGISTRATE JUDGE